Fitch Farms, Inc. v Fitch (2025 NY Slip Op 00578)

Fitch Farms, Inc. v Fitch

2025 NY Slip Op 00578

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

895 CA 23-00729

[*1]FITCH FARMS, INC., PLAINTIFF-RESPONDENT,
v
JOSEPH A. FITCH, DEFENDANT-APPELLANT. 

ERIC J. MIKOLS, BUFFALO, FOR DEFENDANT-APPELLANT. 
DIMATTEO ROACH & KELLY, WARSAW (DAVID M. ROACH OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered March 27, 2023. The judgment, among other things, declared that plaintiff has not violated the nonassignment clauses in the subject leases. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court